PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Southern District of Mississippi

*SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
APR 1 7 2009
BY J. T NOBLIN, CLERK
                                    DEPUTY*

UNITED STATES OF AMERICA

v.

LISA MARIE MINCHEW

Crim. No. 5:03cr41-001

On 11/19/2006 the above named was placed on probation/supervised release for a period of 3 years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

David Dunn
2009.04.06 13:35:12
-05'00'

*U.S. Probation Officer*

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 13th day of april, _____.

*United States District Judge*